# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC GRIFFIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 11-3085-CV-S-DW-H |
| | ) | |
| MARTY ANDERSON, Warden | ) | |
| United States Medical Center for | ) | |
| Federal Prisoners, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, has petitioned this Court for a writ of habeas corpus. The petition has been referred to the undersigned for preliminary review under 28 U.S.C. § 636(b). Because petitioner is entitled to no relief, it will be recommended that leave to proceed in forma pauperis be denied.

As grounds for relief, the petitioner states that legal mail has been opened without him being present. He seems to allege that mail in cases pending in other districts has been stolen, and he challenges what he describes as a forced medication hearing. After a Show Cause Order was entered, the United States filed its response. In its response, the United States noted that petitioner was unlawfully in custody of the United States Marshal's Service pursuant to an order from the District of Nevada, pursuant to 18 U.S.C. § 4241(d). That evaluation has been completed and the petitioner has been returned to the committing court. The response reveals that the records at the United States Medical Center indicate that the petitioner, while house here, received no incoming

legal mail. Any challenge to medication issues may be addressed in the committing court. The response to the show cause order, however, indicates that petitioner was never given involuntary psychiatric medication.

Counsel for the petitioner has filed a Motion to Withdraw. Because there are no issues presented for which relief is appropriate, the motion is granted. [1]

Because there are no grounds for habeas corpus relief in this district, it is, pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri,

RECOMMENDED that petitioner be denied leave to proceed in forma pauperis, and that the petition herein for writ of habeas corpus be dismissed without prejudice.

        /s/ James C. England  
        **JAMES C. ENGLAND,**  
        **UNITED STATES MAGISTRATE JUDGE**

Date: April 25, 2011

---

[1] Petitioner has 14 days to file exceptions to the Report and Recommendation of the United States Magistrate Judge.