IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN,<br><br>  Petitioner,<br><br>v.<br><br>MARTY C. ANDERSON, Warden,<br>United States Medical Center for<br>Federal Prisoners,<br><br>  Respondent. | Case No. 11-03085-CV-S-DW-H |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict.  This action came before the Court for a trial by jury.

☒ Decision by Court.  This action came to trial or hearing before the Court.

  The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the

Honorable Dean Whipple on 5/17/2011, that petitioner be, and he is hereby, denied leave to

proceed in forma pauperis; FURTHER ORDERED AND ADJUDGED that the petition herein

for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

               AT THE DIRECTION OF THE COURT

Dated: 5/18/2011          ANN THOMPSON
                Court Executive

                /s/J. Baldwin
                By: Joella Baldwin, Deputy Clerk